FILED

07/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0354

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**
**Supreme Court Cause No. DA 24-0354**

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>KIRSTEN ANN MARTIN<br><br>    Petitioner/Appellee,<br><br>and<br><br>BRIAN ARTHUR MARTIN,<br><br>    Respondent/Appellant. | **ORDER** |

PURSUANT to the Parties' Stipulation to Hold Time Requirements in Abeyance Pending Completion of Mandatory Appellate Alternative Dispute Resolution pursuant to M.R.App.P. Rule 7(3)(b) filed with this Court on July 1, 2024, and for good cause appearing,

IT IS HEREBY ORDERED that the briefing schedule that began to run on July 10, 2024, will be held in abeyance allowing the parties to complete alternative dispute resolution and pending the filing of the mediator's report.

ELECTRONICALLY DATED AND SIGNED BELOW.

**ORDER**

# CERTIFICATE OF SERVICE

I, David L. Vicevich, hereby certify that I have served true and accurate copies of the foregoing Other - Other to the following on 07-12-2024:

Brad Lee Belke (Attorney)
po box 4079
Butte MT 59702
Representing: Kirsten Ann Martin
Service Method: eService

Electronically Signed By: David L. Vicevich
Dated: 07-12-2024

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 12 2024